## Commonwealth *v.* Riddick, Appellant.

Argued June 13, 1973. *William H. Platt,* Assistant Public Defender, for appellant; *Thomas J. Calnan, Jr.,* Assistant District Attorney, with him *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Scott, Appellant.

Submitted June 14, 1973. *John F. Hunt, William H. Ewing,* and *Ewing & Cohen,* for appellant; *James J. Wilson, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.